IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANTRELL JENKINS,**

    *Petitioner*,

v.                                                Case No.: 4:25cv19-MW/MJF

**STATE OF FLORIDA,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition to file a 28 U.S.C. § 2254 under extenuating circumstances, ECF No. 1, is **DISMISSED for lack of jurisdiction**." The Clerk shall send the Petitioner a form petition for use in § 2254 cases and close the file.

**SO ORDERED on February 18, 2025.**

                                                          *s/Mark E. Walker*               
                                                          **Chief United States District Judge**